THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AMERICAN CAPITAL HOMES, INC., a Washington Corporation; AMERICAN PROPERTY DEVELOPMENT, INC., a Washington Corporation; AMERICAN PROPERTY DEVELOPMENT OF NORTHERN CALIFORNIA, LLC, a Washington Limited Liability Company; ROGER KUULA, an individual; and GREG BORREGO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a foreign corporation, and THE XL AMERICA INSURANCE GROUP, a foreign corporation,<br><br>Defendants. | No.: 09-00622 JCC<br><br>**AGREED MOTION TO CONTINUE TRIAL DATE AND CERTAIN PRE-TRIAL DEADLINES**<br><br>**NOTED:** April 2, 2010 |

## I. INTRODUCTION/RELIEF REQUESTED

Defendant Greenwich Insurance Company ("Greenwich"), with the consent of and by agreement with Plaintiffs, respectfully moves this Court for an Order extending the trial date by approximately two months along with certain pre-trial deadlines, including the dispositive motion deadline, to permit Plaintiffs to complete their document production and for

STIPULATION FOR FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON
No.: 09-00622 JCC

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Greenwich to take depositions that were noticed before the discovery cut-off of March 10, 2010.

## II. STATEMENT OF FACTS

As reflected in this Court's minute order entered on July 27, 2009 [Dkt. No. 16], trial in this matter is set for July 12, 2010, and the corresponding dispositive motion deadline is April 13, 2010. The discovery cut-off was set for March 10, 2010.

The parties timely concluded most of their discovery, including written discovery, document requests and depositions.

Although the parties have been working diligently to complete the production of documents and all noticed depositions, document production delays have made it impossible to finish this discovery before the current dispositive motion cut-off of April 13, 2010. To facilitate the orderly completion of discovery before dispositive motions are due, and to allow the Court sufficient time to rule on any such motions that are filed, the parties believe that a brief delay in the trial schedule is warranted.

The parties agree that no new fact discovery should be issued without agreement of the parties or by Court order for good cause, but that the time for completing the previously noticed depositions and any other discovery issued before the cut-off should be extended to June 25, 2010.

The parties request a new trial date between September 13 and 27, 2010, and request that all pre-trial dates, including the dispositive motion deadline, be extended in accordance with the newly set trial date. The parties anticipate that trial will last no more than one week. If those dates are not available for the Court, then the parties would request a short status conference or call to coordinate trial calendars.

This is the first extension of the trial date requested by any party in this action.

## III. AUTHORITY

Under FRCP 16(b)(4), the Court is authorized to modify the case schedule upon a showing of good cause. Given that this is the first request to extend the trial schedule and the

STIPULATION FOR FILING OF AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON
No.: 09-00622 JCC

Page 2

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

fact that the parties are in agreement to continue the trial date, good cause exists to grant the relief requested in this motion.

## IV. CONCLUSION

Greenwich requests that the Court grant this motion and modify the dates in the case schedule to match those set out in the statement of facts above.

DATED: April 1, 2010

Bullivant Houser Bailey PC

/s/ Matthew J. Sekits
Matthew J. Sekits, WSBA #26175
E-Mail: matthew.sekits@bullivant.com
Toni Y. Anders, WSBA #31238
E-Mail: toni.anders@bullivant.com
Attorneys for Defendants
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
206.292.8930

DATED: April 1, 2010

Cairncross & Hempelmann, P.S.

/s/ John E.D. Powell
John E.D. Powell, WSBA #12941
E-Mail: jpowell@cairncross.com
Attorneys for Plaintiffs
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
206.587.0700

STIPULATION FOR FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON
No.: 09-00622 JCC

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

_____
JUDGE JOHN C. COUGHENOUR

STIPULATION FOR FILING OF AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON
No.: 09-00622 JCC

Page 4

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2010, a true and correct copy of the foregoing document was served on the following:

| John E.D. Powell<br>Cairncross & Hempelmann, P.S.<br>524 Second Ave., Ste. 500<br>Seattle, WA 98104-2323 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Electronic Email |
|---|---|

Dated April 2, 2010 at Seattle, Washington.

_____
Kimberly Fergin

STIPULATION FOR FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON
No. 09-00622 JCC

Page 5

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930