HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN CAPITAL HOMES, INC., a Washington Corporation; AMERICAN PROPERTY DEVELOPMENT, INC., a Washington Corporation; AMERICAN PROPERTY DEVELOPMENT OF NORTHERN CALIFORNIA, LLC, a Washington Limited Liability Company; ROGER KUULA, an individual; and GREG BORREGO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a foreign corporation, and THE XL AMERICA INSURANCE GROUP, a foreign corporation, ,<br><br>Defendants. | NO. 2:09-CV-00622-JCC<br><br>PLAINTIFFS' STATEMENT OF NO RESPONSE OR OBJECTION<br><br>**NOTED ON MOTION CALENDAR: JULY 2, 2010** |

Plaintiffs, by and through the undersigned attorneys, notify the court that they have received no response or objection to their pending Plaintiffs' Motion to Seal the Second Declaration of John E. D. Powell filed in support of Plaintiffs' Opposition to Greenwich's Motion to Compel Production of Documents noted on this Court's calendar for July 2, 2010.

PLAINTIFFS' STATEMENT OF NO
RESPONSE OR OBJECTION - 1
NO. 2:09-CV-00622-JCC

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington  98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

{01433895.DOC;1 }

1  Accordingly, the Plaintiffs do not intend to provide a substantive reply regarding Plaintiffs'

2  Motion to Seal the Second Declaration of John E. D. Powell.

DATED this 2nd day of July, 2010.

CAIRNCROSS & HEMPELMANN, PS

By: <u>Michael Brunet WSBA No. 35764 via ECF</u>
John E. D. Powell, WSBA No. 12941
Attorneys for Plaintiffs
Cairncross & Hempelmann
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Phone:  206-587-0700
Fax:  206-587-2308
jpowell@cairncross.com

PLAINTIFFS' STATEMENT OF NO
RESPONSE OR OBJECTION - 2
NO. 2:09-CV-00622-JCC

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington  98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

{01433895.DOC;1 }

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled Plaintiffs' Statement of No Response or Objection with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Matthew J. Sekits
Toni Y. Anders
Bullivant Houser Bailey PC
1601 Fifth Avenue
Suite 2300
Seattle, WA  98101-1618
206-292-8930
Matthew.sekits@bullivant.com
Toni.anders@bullivant.com
  *Attorneys for Defendants*

Cathy A. Simon, Esq.
Gabriela Richeimer
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C.  20004-2134
Phone:  202-662-2013
Fax:  202-654-5841
Cathy.Simon@troutmansanders.com
gaby.richeimer@troutmansanders.com
  *Admitted Pro Hac Vice –*

DATED this 2nd day of July, 2010.

CAIRNCROSS & HEMPELMANN, PS

By:  <u>Michael Brunet WSBA No. 35764 via ECF</u>
John E. D. Powell, WSBA No. 12941
Attorneys for Plaintiffs
Cairncross & Hempelmann
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Phone:  206-587-0700
Fax:  206-587-2308
jpowell@cairncross.com

PLAINTIFFS' STATEMENT OF NO
RESPONSE OR OBJECTION - 3
NO. 2:09-CV-00622-JCC

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington  98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

{01433895.DOC;1 }